**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| v. | : | 07-CR-191 (RJL) |
| **SYLVAN D. ABNEY.** | : | |

**MOTION FOR HEARING OR ORDER ON**
**UNOPPOSED MOTION TO REDUCE SENTENCE**

On October 3, 2012, Mr. Sylvan D. Abney, through undersigned counsel, filed an unopposed motion, pursuant to 18 U.S.C. § 3582(c)(2) and 28 U.S.C. § 2255, requesting a reduction in his sentence of 120 months incarceration to a term of 63 months.  Given the unique circumstances that resulted in Mr. Abney being sentenced based on the pre-Fair Sentencing Act mandatory minimum (120 months), when he should have been sentenced based on the reduced mandatory minimum under the Fair Sentencing Act (60 months), the government has represented that it does not oppose Mr. Abney's motion.  Mr. Abney's current projected release date is March 15, 2018.  The requested sentence reduction would advance this date significantly and result in Mr. Abney being eligible for placement in a halfway house.  In order that the Bureau of Prisons may have sufficient time to prepare a halfway house plan, Mr. Abney respectfully requests that the Court grant his unopposed motion or schedule a hearing to consider the motion.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500